Certificate Number: 06531-NJ-DE-041287734

Bankruptcy Case Number: 26-18711



06531-NJ-DE-041287734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026</u>, at <u>5:33</u> o'clock <u>PM CDT</u>, <u>Bienvenido Tineo</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 4, 2026</u>          By:     <u>/s/Deyanira Reyes</u>

                                        Name:  <u>Deyanira Reyes</u>

                                        Title:  <u>Certified Credit Counselor</u>